IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVE T MALU,

          Appellant,

v.

HUDSON & KEYES, LLC,

          Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3011

Opinion filed August 16, 2016.

An appeal from an order of the Circuit Court for Alachua County.
James M. Colaw, Judge.

Steve T Malu, pro se, Appellant.

Kurt E. Ahrendt, Agency for Persons with Disabilities, Crawfordville; Jeffrey R. Becker, Jacksonville, for Appellee (no appearances).

PER CURIAM.

          DISMISSED.

ROBERTS, C.J., ROWE and BILBREY, JJ., CONCUR.